# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CRAIG HILL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARUTHERSVILLE, CITY OF, et al., )<br>)<br>)<br>Defendants. ) | No. 1:20-cv-00043-SNLJ |

## MEMORANDUM AND ORDER

This matter is before the Court on review of plaintiff Craig Hill's pro se complaint. Plaintiff has not paid the filing fee or filed a motion for leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a). The Court will direct the Clerk of Court to send to plaintiff a copy of the Court's motion to proceed in forma pauperis form. Plaintiff will be given thirty days to either file the motion or pay the full filing fee. Failure to comply will result in the dismissal of this action without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall mail to plaintiff a copy of the Court's motion to proceed in forma pauperis form.

**IT IS FURTHER ORDERED** that plaintiff shall either pay the $400 filing fee or submit a motion for leave to proceed in forma pauperis within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this order, this action will be dismissed without prejudice and without further notice.

Dated this 2nd day of March, 2020.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE